AO91 (Rev. 12/03)  Criminal Complaint **FELONY** AUSA United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*July 07, 2026*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| **vs.** | |
| Jose Leonardo GARCIA-Ramirez A221 061 408  Mexico | Case Number: 1:26-MJ-**842** |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about    July 06, 2026    in    Cameron    County, in

the    Southern District Of Texas    defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title    8    United States Code, Section(s)    1326(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the

following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on July 06, 2026. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 22, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $117.50 Mexican pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Signature of Complainant

Huertas, Sandra M.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

July 07, 2026    at    Brownsville, Texas
Date    City/State

Karen Betancourt    U.S. Magistrate Judge
Name of Judge    Title of Judge

Signature of Judge